**FLORENCE FASHIONS (JERSEY) LIMITED, Appellant,**

v.

**VALENTINO U.S.A., INC., Appellee.**

No. 2011–1110.
Opposition Nos. 91094961 and 91095203.
Cancellation Nos. 92029390
and 92029476.

United States Court of Appeals,
Federal Circuit.

June 21, 2011.

Linda K. McLeod, Stephanie H. Bald, Finnegan, Henderson, Farabow, Washington, DC, for Appellant.

Anne M. Sterba, Martin M. Zoltick, Jenny Leigh Workman, Rothwell, Figg, Ernst & Manbeck, Washington, DC, for Appellee.

### ON MOTION

### *ORDER*

Upon consideration of Florence Fashions (Jersey) Limited's unopposed motion to voluntarily dismiss this appeal, *Florence Fashions (Jersey) Limited v. Valentino U.S.A., Inc.,* TTAB/Opposition Nos. 91094961 and 91095203, and Cancellation Nos. 92029390 and 92029476,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

(3) All remaining motions are moot.